# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

ROBERT CHARLES BENNETT )
)
        Plaintiff, )
)
v. )      No.    2:21-CV-081-RLJ-CRW
)
OFFICER HOSS, SGT. KAMPPI, )
OFFICER HIGGINS, and OFFICER )
DAWES, )
)
        Defendants. )

## JUDGMENT ORDER

      For the reasons set forth in the memorandum and order filed herewith, this prisoner's pro

se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the

Federal Rules of Civil Procedure. Because the Court **CERTIFIED** in the memorandum and order

that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of

appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R.

App. P. 24.

      **IT IS SO ORDERED.**

                            ENTER:

                                s/ Leon Jordan
                              United States District Judge

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
   CLERK OF COURT